Commonwealth *v.* Morrow, Appellant.

Submitted March 17, 1971. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D.*

*Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.